# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                  Plaintiff,        Case No. 25-cr-20929

v.                             Judith E. Levy
                                 United States District Judge

Barron Davenport,

                               Mag. Judge David R. Grand

               Defendant.

_____/

## ORDER FOR NON-CUSTODIAL TRAVEL EXPENSES

Before the Court is Defendant Barron Davenport's unopposed motion for travel and subsistence at government expense. (ECF No. 27.) The Court finds that Defendant is indigent and lacks sufficient funds to appear in the Eastern District of Michigan. *See* 18 U.S.C. § 4285. Accordingly, Defendant's motion is GRANTED.

IT IS ORDERED that, pursuant to 18 U.S.C. § 4285, the United States Marshals Service arrange for Defendant's means of non-custodial transportation or furnish the fare for such transportation from Los Angeles, California, to Ann Arbor, Michigan, for purposes of appearance at the sentencing hearing scheduled for June 9, 2026 at 10:30 a.m.

IT IS FURTHER ORDERED that the United States Marshals Service furnish Defendant with funds for subsistence expenses to his destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Dated: June 2, 2026              s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY
                                     United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 2, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

2